UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN L. LANGFORD, ET AL

VERSUS

ALLSTATE INDEMNITY
COMPANY, ET AL

CIVIL ACTION

NO. 12-792-SDD-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 2, 2013. Plaintiff has filed an objection which the court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the *Motion to Remand* (Rec. Doc. 3) is denied.

Baton Rouge, Louisiana, August 27, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA